518 A.2d 1213

**Albert OMINSKY, Individually and on behalf of all others similarly situated, Petitioners,**

**v.**

**BELL TELEPHONE COMPANY OF PENNSYLVANIA.**

Supreme Court of Pennsylvania.

Dec. 29, 1986.

Petition for Allowance of Appeal GRANTED, No. 162 E.D. Appeal Docket 1986.